# UNITED STATES DISTRICT COURT
## for the
### District of Delaware

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Adan Cuevas-Arteaga | ) | 25- 425M |
| | ) | |
| | ) | ~~SEALED~~  unsealed 8/1/25 |
| | ) | —Mike |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 31, 2025 _____ in the county of _____ New Castle _____ in the

_____ District of _____ Delaware _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(C) | Possession of cocaine with intent to distribute |

This criminal complaint is based on these facts:

See attached affidavit

```
FILED
JUL 31 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

☑ Continued on the attached sheet.

*Dominick Mills*
*Complainant's signature*

Dominick Mills, TFO, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed R. Crim. P. 4.1 and 4(d).

Date: _____ 07/31/2025 _____

*Judge's signature*

City and state: _____ Wilmington, DE _____    The Hon. Sherry R. Fallon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Dominick Mills, being first duly sworn, hereby depose and state as follows:

## AFFIANT'S BACKGROUND

1.     I am a Detective with the New Castle City Police Department and a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"). I am a sworn Police Officer in the State of Delaware and have been so since graduating from the New Castle County Police Academy in July of 2016. I am currently employed by the New Castle City Police Department and assigned to the Criminal Investigations Unit, where I am responsible for investigating property crimes, crimes against persons, and drug crimes. I have investigated robberies, shootings, stabbings, homicides, sex crimes, burglaries, large scale thefts, and crimes involving the use and sale of illicit drugs. During the course of those investigations, I have authored numerous search and arrest warrants that have led to arrests and prosecutions.

2.     Since June of 2022, I have been assigned to the Wilmington, Delaware Resident Agency of the Baltimore Field Office of the FBI, where I am responsible for drug, violent crime, and criminal enterprise investigations. In the course of these investigations, I have participated in the execution of search warrants and the seizure of evidence relating to drug and violent crime activities. During my career in law enforcement, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the organization of drug conspiracies.

## BACKGROUND ON THE INSTANT APPLICATION

3.     I am currently involved in the investigation into Adan **CUEVAS-ARTEAGA**. I make this affidavit in support of a criminal complaint for **CUEVAS-ARTEAGA**, charging him with possession of cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

1

4.      I am one of the case agents assigned to this investigation. The information contained in this affidavit comes from my own personal observations and from the observations of other law enforcement agents and officers involved in this investigation, as well as, from the review of written reports of investigations, the review of telephone toll records, and other records referenced herein.

5.      All information contained in this Affidavit is either personally known by me or has been relayed to me by other law enforcement officers unless otherwise indicated. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause that CUEVAS-ARTEAGA committed the offense specified above.

## FACTS SUPPORTING PROBABLE CAUSE

6.      During the month of March 2025 members of the FBI Delaware Safe Streets Violent Crimes Taskforce ("FBITF") interviewed cooperating source #1 ("CS-1") regarding a subject, "Frankie" who CS-1 said was distributing large amounts of cocaine in New Castle County, Delaware.  FBITF members were able to identify "Frankie" as CUEVAS-ARTEAGA (DOB: 09/28/1981). CS-1 advised that they had observed CUEVAS-ARTEAGA sell a half kilogram of cocaine at one time, and CS-1 believed that, when CUEVAS-ARTEAGA bought cocaine from his supplier, would obtain two to three kilograms at a time. CS-1 had a criminal history to include at least one felony conviction and has one pending felony charge.

7.      FBITF members also interviewed cooperating source #2 ("CS-2") regarding CUEVAS-ARTEAGA.  CS-2 advised that CUEVAS-ARTEAGA lives near Newark, Delaware, and sells cocaine.  CS-2 believed that CUEVAS-ARTEAGA was getting the cocaine from California and that CUEVAS-ARTEAGA may have cartel connections.

2

8. Through the information provided by CS-1 and CS-2 and further investigation including physical surveillance, investigators were able to determine that **CUEVAS-ARTEAGA** resides at 138 Kenmark Road, Newark, New Castle County, Delaware (hereinafter, **TARGET LOCATION 1**). Through further investigation including physical surveillance, investigators were also able to determine that **CUEVAS-ARTEAGA** operates both a white BMW X5 Delaware registration PC133283 (hereinafter, **TARGET VEHICLE 1**) as well as a white Ford Explorer Delaware registration PC515855 (hereinafter, **TARGET VEHICLE 2**). While conducting physical surveillance, FBITF members have observed **CUEVAS-ARTEAGA** regularly entering and exiting **TARGET LOCATION 1**, as well as operating both **TARGET VEHICLE 1** and **TARGET VEHICLE 2**.

9. According to CS-1, **CUEVAS-ARTEAGA** utilized phone number 717-210-2432 to arrange drug transactions. A check of law enforcement databases showed that **CUEVAS-ARTEAGA** provided that phone number as his during an encounter with law enforcement on March 21, 2024.

### *First Controlled Purchase from CUEVAS-ARTEAGA*

10. In total, CS-1 conducted four controlled purchases of cocaine from **CUEVAS-ARTEAGA**. Agents performed all the following steps for each controlled purchase: (1) a search of the CS for money and contraband prior to the transaction; (2) verification of the buy money; (3) activation of recording devices; (4) physical surveillance of the CS during the operation; (5) collection of evidence and recording devices immediately after the transaction; (6) a search of the CS for money and contraband at the conclusion of the transaction; and (7) field testing of the controlled substance, which here produced a positive result for cocaine for all four controlled purchases.

11. During the third week of April 2025, in the presence of FBITF members, CS-1 contacted **CUEVAS-ARTEAGA** at 717-210-2432 to order cocaine. While CS-1 was speaking to **CUEVAS-ARTEAGA**, investigators observed **CUEVAS-ARTEAGA** at **TARGET LOCATION 1**. A short time later, **CUEVAS-ARTEAGA** exited **TARGET LOCATION 1** and entered **TARGET VEHICLE 1**. **CUEVAS-ARTEAGA** started **TARGET VEHICLE 1** briefly before turning it off, exiting, and walking up the driveway and into the detached garage of **TARGET LOCATION 1**. Shortly thereafter, **CUEVAS-ARTEAGA** came back out of the garage and traveled directly to the meet location. Once there, **CUEVAS-ARTEAGA** briefly interacted with CS-1 before returning directly back to **TARGET LOCATION 1**, where he entered the main house. CS-1 was followed to an agreed upon meet location where they turned over the cocaine to investigators.

### *Second Controlled Purchase from CUEVAS-ARTEAGA*

12. During the final week of April 2025, in the presence of FBITF members, CS-1 contacted **CUEVAS-ARTEAGA** at 717-210-2432 to order more cocaine. While CS-1 was speaking to **CUEVAS-ARTEAGA**, investigators observed **CUEVAS-ARTEAGA** at **TARGET LOCATION 1**. A short time later, **CUEVAS-ARTEAGA** exited **TARGET LOCATION 1** via the front door and walked into the detached garage. He then walked out of the garage and proceeded directly to a nearby meet location, where he interacted briefly with CS-1. **CUEVAS-ARTEAGA** then departed the area and returned directly to **TARGET LOCATION 1**, where he entered the main house. CS-1 was followed to an agreed upon meet location where they turned over the cocaine over to investigators.

### *Third Controlled Purchase from CUEVAS-ARTEAGA*

13. During the fourth week of June 2025, in the presence of FBITF investigators, CS-1 contacted **CUEVAS-ARTEAGA** at 717-210-2432 to order cocaine. Shortly after the call, **CUEVAS-ARTEAGA** was observed departing **TARGET LOCATION 1** in **TARGET VEHILCE 2** and traveling directly to a meet location with CS-1. After a brief interaction with CS-1, **CUEVAS-ARTEAGA** departed the area in **TARGET VEHICLE 2**. CS-1 was followed to an agreed upon meet location where they turned the cocaine over to investigators.

### *Fourth Controlled Purchase from CUEVAS-ARTEAGA*

14. During the fourth week of July 2025, in the presence of FBITF investigators, CS-1 contacted **CUEVAS-ARTEAGA** at 717-210-2432 to order cocaine. Shortly after the call, **CUEVAS-ARTEAGA** was observed arriving at **TARGET LOCATION 1** in **TARGET VEHICLE 2**. **CUEVAS-ARTEAGA** went inside and reemerged minutes later. He then entered **TARGET VEHICLE 2** and traveled directly to a nearby meeting location with CS-1. After a brief interaction, **CUEVAS-ARTEAGA** exited the area in **TARGET VEHICLE 2** and returned directly to **TARGET LOCATION 1**. CS-1 was followed to an agreed upon meet location where they turned over the cocaine to investigators.

### *Cash Pickup in TARGET VEHICLE 1*

15. Durning the month of June 2025, in the presence of FBITF investigators, CS-1 placed a call to **CUEVAS-ARTEAGA** at 717-210-2432 to arrange a meet to turn over money for a previous transaction. **CUEVAS-ARTEAGA** was observed exiting **TARGET LOCATION 1** and entering **TARGET VEHICLE 1**. **CUEVAS-ARTEAGA** traveled directly to a nearby location where he met with CS-1 briefly before departing the area. **CUEVAS-ARTEAGA** was then followed directly back to **TARGET LOCATION 1**.

## Search Warrants

16.     Earlier this week, this Court authorized search warrants on **TARGET LOCATION 1, TARGET VEHICLE 1,** and **TARGET VEHICLE 2.** The warrants were executed today.

17.     **CUEVAS-ARTEAGA** was located inside **TARGET LOCATION 1** and taken into custody. During the searches, the following evidence was located:

a.      In **CUEVAS-ARTEAGA's** bedroom (identified as such by the presence of **CUEVAS-ARTEAGA's** clothes and passport in the bedroom), in a top right dresser drawer within a winter hat, 59 grams of suspected cocaine, as well as two scales, and numerous empty plastic baggies consistent with being used to package cocaine for sale.

b.      In **CUEVAS-ARTEAGA's** bedroom, in the closet, within a pink cooler bag, 274 grams of suspected cocaine individually packaged for sale, as well as one bag consistent with packaging of a kilogram with a quantity of suspected cocaine in it. There was also one empty plastic bag consistent with packaging of a kilogram quantity of cocaine.

c.      In a safe in **CUEVAS-ARTEAGA's** bedroom that was located in the dresser on his side of the bed, two rounds of 9mm CBC ammunition.

d.      In a compartment within the dashboard of **TARGET VEHICLE 1**, a clear plastic bag containing 3 grams of suspected cocaine.

18.     The suspected cocaine found during the searches was field tested and tested positive for cocaine.

## CONCLUSION

19.     Based on the foregoing factual information, I submit that there is probable cause to believe that **CUEVAS-ARTEAGA** has violated 21 U.S.C. § 841(a)(1) and (b)(1)(C) by possessing cocaine with intent to distribute. Therefore, I respectfully request that the Court issue a criminal complaint charging that offense.

Respectfully submitted,

*Dominick Mills*

Dominick Mills
Task Force Officer
Federal Bureau of Investigation

Sworn to me over the telephone and signed by me pursuant to
Fed. R. Crim. P. 4.1 on this 31st day of July 2025.

THE HONORABLE SHERRY R. FALLON
UNITED STATES MAGISTRATE JUDGE

7